**Opinion issued June 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00158-CV

————————————

**MARK ALAN SWANSON, Appellant**

**V.**

**ROBERT DANNY CLACK, II, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-29199**

---

## SUPPLEMENTAL MEMORANDUM OPINION

On February 28, 2025, this Court issued an opinion on the merits in this case, which included a suggestion of remittitur. Robert Danny Clack, II filed a motion for rehearing. Through post-judgment motions and filings, the parties have

informed the Court that they have reached a settlement and that the proceeds of the settlement have been paid to Clack's attorney, Nitin Sud.

Because no justiciable controversy remains among the parties to this case, we conclude that we lack subject-matter jurisdiction. *See Electric Reliability Council of Tex., Inc. v. Panda Power Generation Infrastructure Fund, LLC*, 619 S.W.3d 628, 634–35 (Tex. 2021). We vacate our prior judgment of February 28, 2025, and we dismiss this appeal for lack of subject-matter jurisdiction. All pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

Justice Johnson, dissenting without opinion.